# Exhibit A

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br><br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: July 11, 2014 3:07 PM<br>FILING ID: 2669636DA6529<br>CASE NUMBER: 2014CV32746 |
| **Plaintiff:** COLORADO FOOD PRODUCTS, INC., a Colorado corporation,<br><br>v.<br><br>**Defendant:** EMPACADORA Y PROCESADORA DEL SUR, INC., a corporation organized and existing under the laws of the Commonwealth of Puerto Rico. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Colorado Food Products, Inc.:*<br>Ryley Carlock & Applewhite<br>Jonathan Steeler, #9195<br>Richard Kaufman, #15940<br>Sarah K. Pallotti, #45077<br>1700 Lincoln Street, Suite 3500<br>Denver, Colorado 80203-4535<br>Telephone: (303) 863-7500<br>Fax: (303) 595-3159<br>Email: jsteeler@rcalaw.com<br>　　　　rkaufman@rcalaw.com<br>　　　　spallotti@rcalaw.com | Case Number:<br><br>Division/Courtroom: |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff, Colorado Food Products, Inc., through its counsel, Ryley Carlock & Applewhite, complains against Defendant, Empacadora y Procesadora del Sur, Inc., as follows:

## PARTIES, JURISDICTION, AND VENUE

1.　　Plaintiff Colorado Food Products, Inc. ("Colorado Food Products") is a Colorado corporation with its principal place of business in Denver, Colorado.

2.　　Upon information and belief, Defendant Empacadora y Procesadora del Sur, Inc. ("Empacadora"), is a corporation organized and existing under the laws of the Commonwealth of Puerto Rico with its principal place of business in Coamo, Puerto Rico.

3.　　The Court has jurisdiction over the parties pursuant to § 13-1-124, C.R.S..

4.      The Court has jurisdiction over the subject matter of this dispute pursuant to Colo. Const. Art. VI § 9.

5.      The parties have contractually agreed that venue is proper in the City and County of Denver.

## AGREEMENT TO ARBITRATE

6.      Pursuant to the contractual language contained in each invoice between Colorado Food Products and Empacadora, the parties agreed that prior to commencing suit, they would attempt to arbitrate all claims arising out of or relating to the invoice through arbitration conducted by the Meat Importers Council of America in accordance with the Arbitration Rules of the Meat Importers Council of America ("MICA"). *See* **Exhibit 1** hereto, Invoice Contract.

7.      Accordingly, on June 12, 2014 Colorado Food Products filed a Demand for Arbitration with MICA. *See* **Exhibit 2** hereto, Demand for Arbitration. Pursuant to the MICA Arbitration Rules, a copy of which is attached hereto as **Exhibit 3,** Colorado Food Products also sent the Demand for Arbitration via certified mail and email to Empacadora on June 12, 2014.

8.      On June 17, 2014 MICA advised the parties that the Demand for Arbitration had been received.

9.      In accordance with the MICA Arbitration Rules, Empacadora was required to file an Answer no later than July 1, 2014. On July 1, 2014 Empacadora contacted MICA to inform them that it would be participating in arbitration. However, Empacadora to date has not filed an Answer or taken any other action in the arbitration proceeding.

10.     On July 10, 2014 MICA informed both parties via email that the arbitration was terminated due to Empacadora's failure to file an Answer within 14 days as required under the MICA Arbitration Rules. *See* **Exhibit 4** hereto, MICA Termination Email. MICA also noted that it does not have any means to compel arbitration where one party does not participate.

11.     Colorado Food Products now seeks relief under the law of Colorado as the attempt to arbitrate was unsuccessful due to Empacadora's failure to participate in the arbitration.

## GENERAL ALLEGATIONS

12.     Colorado Food Products imports meat goods to Puerto Rico where such goods are held by Popaco Enterprises, Inc. ("Popaco"), a third party cold storage facility, and then released to local purchasers. Local purchasers, upon acceptance of the goods, receive an invoice shortly thereafter due and payable to Colorado Food Products.

13. Empacadora is a meat processing and packaging company located in Puerto Rico which regularly purchased meat goods from Colorado Food Products in the manner described in the preceding paragraph.

14. Between January 22, 2013 and July 19, 2013, Popaco released 21 orders of meat goods to Empacadora. Empacadora accepted each of these orders and did not make a claim regarding the condition of the goods within 14 days of arrival as required by the terms of the parties' invoice.

15. Due to a records error between Popaco and Colorado Food Products, Colorado Food Products did not learn until September 2013 that four of these orders, which had been pending, were in fact released to Empacadora. Colorado Food Products later learned in February 2014 that 17 more orders had also been previously released to Empacadora without its knowledge. As a result of this error, Colorado Food Products had not invoiced Empacadora for 21 orders which Empacadora received from Popaco.

16. Upon learning that Empacadora had received and accepted each of these orders, Colorado Food Products issued a separate invoice to Empacadora for the 21 orders. The total amount due under the invoices for these orders is $449,231.81. *See* **Exhibit 5** hereto, Invoices.

17. Applying applicable credits due to Empacadora of $101,096.40, the final amount owed to Colorado Food Products for meat goods released to and accepted by Empacadora between January 22, 2013 and July 19, 2013 was $348,135.41. *See* **Exhibit 6** hereto, Customer Statement.

18. Empacadora agreed to make payments of $10,000 per week towards the outstanding amount owed and made such payments on March 19, March 28, and April 14, 2014.

19. However, following the payment made on April 14, 2014, Empacadora subsequently stopped making payment towards the outstanding invoices. Despite demand made by Colorado Food Products on numerous occasions, no further payment has been made to date. The outstanding amount due and owing to Colorado Food Products is therefore $318,135.41.

20. Interest continues to accrue at the contractual rate of 18% totaling $29,683.75 as of the date of this Complaint.

21. Under the terms of the agreement between the parties, Colorado Food Products is entitled to collect its costs and attorney's fees to pursue the monies owed.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

22.     Each allegation above is incorporated herein.

23.     Colorado Food Products performed all of its obligations under the contract between the parties. Pursuant to the contract, Colorado Food Products furnished meat goods to Empacadora at reasonable and agreed-upon prices and invoiced Empacadora for the meat goods delivered.

24.     After accepting the meat goods shipped by Colorado Food Products, Empacadora breached the parties' contract by failing to pay the amounts due to Colorado Food Products under each of the invoices referenced in Exhibit 5, plus contractual interest.

25.     Empacadora's breach of contract has caused Colorado Food Products damages.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment)

26.     Each allegation above is incorporated herein.

27.     Empacadora has been unjustly enriched by the receipt of meat goods from Colorado Food Products without providing payment to Colorado Food Products for such goods.

28.     It would be inequitable for Empacadora to retain these goods without paying to Colorado Food Products all amounts due under the outstanding invoices referenced in Exhibit 5, plus contractual interest.

## THIRD CLAIM FOR RELIEF
### (Quantum Meruit)

29.     Each allegation above is incorporated herein.

30.     Colorado Food Products furnished valuable goods to Empacadora, which accepted those goods.

31.     When Empacadora accepted the goods it had reasonable notice that Colorado Food Products expected compensation for the meat goods delivered.

32.     It would be inequitable for Empacadora to retain these goods without compensating Colorado Food Products for the amount owed under the invoices referenced in Exhibit 5, plus contractual interest.

WHEREFORE, Colorado Food Products requests the Court to enter an award in its favor and against Empacadora on each claim for relief set forth herein, that the Court award Plaintiff the full amount of its damages, including pre- and post-judgment interest, attorney's fees, costs and expenses as provided by law, and for such other and further relief as the Court deems appropriate under the circumstances.

Dated this 11th day of July, 2014.

RYLEY CARLOCK & APPLEWHITE

By: */s/ Sarah K. Pallotti*
Jonathan H. Steeler
Richard C. Kaufman
Sarah K. Pallotti

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2014, a true and correct copy of the foregoing **COMPLAINT AND JURY DEMAND** was placed in the U.S. Mail, postage prepaid and emailed to the following:

Empacadora y Procesadora del Sur, Inc.
c/o Carlos Rodríguez
Parque Industrial San Idelfonso
Suite 2
Coamo, P.R. 00769
crodriguez@emprosur.com

/s/ T. Johnson

**Exhibit** 1

The following language is contained on each invoice between Plaintiff Colorado Food Products, Inc. and Defendant Empacadora y Procesadora del Sur, Inc.:

"No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with [the] terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even[t] that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc. and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado."

Exhibit 2

BEFORE THE MEAT IMPORT COUNCIL OF AMERICA

| | |
|---|---|
| COLORADO FOOD PRODUCTS, INC | ) |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| EMPACADORA Y PROCESADORA DEL | ) |
| SUR, INC. | ) |
| | ) |
| Respondent. | ) |

## DEMAND FOR ARBITRATION

Claimant, Colorado Food Products, Inc., through its counsel, Ryley Carlock & Applewhite, states its Demand for Arbitration against Respondent, Empacadora y Procesadora del Sur, Inc., as follows:

### PARTIES AND AGREEMENT TO ARBITRATE

1.     Claimant Colorado Food Products, Inc. ("Colorado Food Products") is a Colorado corporation with its principal place of business in Denver, Colorado.

2.     Respondent Empacadora y Procesadora del Sur, Inc. ("Empacadora") is a corporation organized and existing under the laws of the Commonwealth of Puerto Rico with its principal place of business in Coamo, Puerto Rico.

3.     Pursuant to the contractual language contained in each invoice between Colorado Food Products and Empacadora, the parties agreed that all claims arising out of or relating to the invoice will be settled by arbitration by the Meat Importers Council of America in accordance with the Arbitration Rules of the Meat Importers Council of America.

### NATURE OF THE DISPUTE

4.     Colorado Food Products imports meat to Puerto Rico where it is held in a cold storage facility and then released to local purchasers. Local purchasers, upon acceptance of the goods, receive an invoice due and payable to Colorado Food Products. Empacadora is a meat processing and packaging company located in Puerto Rico which regularly purchased meat goods from Colorado Food Products.

5.     Between March 5, 2013 and July 19, 2013, Colorado Food Products authorized the release of 17 orders of meat goods from an independently owned and operated

cold storage facility in Puerto Rico to Empacadora. Empacadora accepted each of these orders and did not make a claim regarding the condition of the goods within 14 days of arrival as required by the terms of the parties' invoice.

6.      Colorado Food Products issued a separate invoice to Empacadora for each of these 17 orders. The total amount due under the invoices for these orders is $318,135.41. *See* Exhibit 1 hereto, Payment Spreadsheet; Exhibit 2, Outstanding Invoices.

7.      Despite demand made by Colorado Food Products, Empacadora refused to make payment towards the outstanding amount due under the above-referenced invoices. Interest has accrued at the contractual rate of 18% totaling $20,208.39.

8.      In addition, under the terms of the agreement between the parties, Colorado Food Products is entitled to collect its costs, attorney's fees, and court costs to pursue the monies owed.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

9.      Each allegation above is incorporated herein.

10.     Colorado Food Products performed all of its obligations under the contract between the parties. Pursuant to the contract, Colorado Food Products furnished meat goods to Empacadora at reasonable and agreed-upon prices and invoiced Empacadora for the meat goods delivered.

11.     After accepting the meat goods shipped by Colorado Food Products, Empacadora breached the parties' contract by failing to pay the amounts due to Colorado Food Products under each of the invoices referenced in Exhibit 2.

12.     Empacadora's breach of contract has caused Colorado Food Products damages.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment)

13.     Each allegation above is incorporate herein.

14.     Empacadora has been unjustly enriched by the receipt of meat goods from Colorado Food Products without providing payment to Colorado Food Products for such goods.

15.     It would be inequitable for Empacadora to retain these goods without paying to Colorado Food Products all amounts due under the outstanding invoices referenced in Exhibit 2 plus contractual interest.

## THIRD CLAIM FOR RELIEF
### (Quantum Meruit)

16.    Each allegation above is incorporated herein.

17.    Colorado Food Products furnished valuable goods to Empacadora, who accepted those goods.

18.    When Empacadora accepted the goods it had reasonable notice that Colorado Food Products expected compensation for the meat goods delivered.

19.    It would be inequitable for Empacadora to retain these goods without compensating Colorado Food Products for the amount owed under the invoices referenced in Exhibit 2 and contractual interest.

WHEREFORE, Colorado Food Products requests the Arbitrator enter an award in its favor and against Empacadora and to award Colorado Food Products monetary damages in the amount of $338,343.80 (comprised of $318,135.41 due in principal plus $20,208.39 in interest), in addition to attorney's fees and costs, including the fees of the Arbitrator.

Dated this 12th day of June, 2014.

RYLEY CARLOCK & APPLEWHITE

By: _____
Jonathan H. Steeler
Richard C. Kaufman
Ryley Carlock & Applewhite
1700 Lincoln Street, Suite 3500
Denver, CO 80203
303.813.7500

Attorneys for Claimant

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2014, a true and correct copy of the foregoing **DEMAND FOR ARBITRATION** was placed in the U.S. Mail, postage prepaid and emailed to the following:

Empacadora y Procesadora del Sur, Inc.
c/o Nerís Rodríguez Battistini
Urb. Terra del Valle #13
Cayey, P.R. 00736
nrodriguez@emprosur.com

*/s/ Sarah Pallotti*

4

Exhibit 3

7/11/2014                                    Micausa

Friday, July 11, 2014



supporting and promoting imported meat

## Meat Import Council of America

| Home | MICA Guidelines | Food Safety | Members Only | Site Map |

**Fat Claims Adjustment**

**Fat Claims Guidelines 2012**

**Fat Claims Guidelines 2007**

**Arbitration Rules**

**Specifications and Trading Rules**

**Laboratory List**

**Sample Letter to Laboratory**

**Rules for Arbitration of Disputes**

## ARBITRATION RULES

(As amended November 2013 )

For the Arbitration
of Future Disputes:_____

The Meat Import Council of America, Inc. recommends the following arbitration
clause for insertion in all commercial contracts:

### STANDARD ARBITRATION CLAUSE

"Any controversy or claim arising out of or relating to this contract, or the breach
thereof, shall be settled by arbitration by the Meat Import Council of America, Inc. in
accordance with the Arbitration Rules of the Meat Import Council of America, Inc.,
and judgment upon the award rendered by the Arbitrator(s) may be entered in any
Court having jurisdiction thereof."

For the Submission
of Existing Disputes:_____

"We, the undersigned parties, hereby agree to submit to arbitration under the
Arbitration Rules of the Meat Import Council of America, Inc. the following
controversy: (cite briefly). We further agree that we will faithfully observe this
agreement and the Rules and that we will abide by and perform any award rendered
by the Arbitrator(s) and that a judgment of the Court having jurisdiction may be
entered upon the award."

### COMMERCIAL ARBITRATION RULES

**Section 1. AGREEMENT OF PARTIES:**

The parties shall be deemed to have made these Rules part of their arbitration
agreement whenever they have provided for arbitration by the Meat Import
Council of America, Inc. (hereinafter "MICA") or under its Rules. These
Rules and any amendment thereto shall apply in the form obtaining at the time
the arbitration is initiated.

The parties may be located or resident in the United States or elsewhere.
When one or more of the parties is located or resident other than in the United
States, the arbitration shall be an "international arbitration."

**Section 2. NAME OF TRIBUNAL:**

Any Tribunal constituted by the parties for the settlement of their dispute under
these Rules shall be called the Commercial Arbitration Tribunal.

**Section 3. ADMINISTRATOR:**

When parties agree to arbitrate under these Rules, or when they provide for
arbitration by the MICA and an arbitration is initiated thereunder, they thereby
constitute MICA the administrator of the arbitration. The authority and
obligations of the administrator are prescribed in the agreement of the parties
and in these Rules.

**Section 4. DELEGATION OF DUTIES:**

The duties of the MICA under these Rules may be carried out through the
Tribunal Administrators, or such other officers or committees as the MICA
may direct.

**Section 5. OFFICE OF TRIBUNAL:**

The general office of a Tribunal is the headquarters of the MICA, which may,
however, assign the administration of an arbitration elsewhere.

Micausa

### Section 6. INITIATION UNDER AN ARBITRATION PROVISION IN A CONTRACT

Arbitration under an arbitration provision in a contract may be initiated in the following manner:

(a)        The initiating party shall give notice to the other party of its intention to arbitrate (Demand), which notice shall contain a statement setting forth the nature of the dispute, the amount involved, if any, the remedy sought, and

(b)   By filing at the Office of the Executive Director of the MICA a copy of said notice, together with a copy of the arbitration provisions of the contract, together with the appropriate administrative fee as provided in the Administrative Fee Schedule.

The MICA shall give notice of such filing to the party. If so desired, the party upon whom the Demand for Arbitration is made may file an answering statement in duplicate with the MICA within 14 days (or 21 days in the case of an international arbitration) after notice from the MICA in which event said party shall simultaneously send a copy of the answer to the other party. If a monetary claim is made in the answer the appropriate fee provided in the Fee Schedule shall be forwarded to the MICA with the answer. If no answer is filed within the stated time, it will be assumed that the claim is denied. Failure to file an answer shall not operate to delay the arbitration.

### Section 7. CHANGE OF CLAIM

After filing of the claim, if either party desires to make any new or different claim, such claim shall be made in writing and filed with the MICA, and a copy thereof shall be mailed to the other party, who shall have a period of 14 days (or 21 days in the case of an international arbitration) from the date of such mailing within which to file an answer with the MICA. After the Arbitrator is appointed, however, no new or different claim may be submitted except with the Arbitrator's consent.

### Section 8. INITIATION UNDER A SUBMISSION

Parties to any existing dispute may commence an arbitration under these Rules by filing at the Office of the Executive Director a copy of a written agreement to arbitrate under these Rules (Submission), signed by the parties. It shall contain a statement of the matter in dispute, the amount of money involved, if any, and the remedy sought, together with the appropriate administrative fee as provided in the Fee Schedule.

### Section 9. FIXING OF LOCALE OF ARBITRATION HEARING

Unless otherwise agreed by the parties, all arbitration hearings shall be conducted by teleconference or video conference. The parties may mutually agree to conduct such hearings live, and the locale of any live hearings should generally be agreed to coincide with a MICA or other industry conference so as to minimize costs of travel and participation. The designation of date and mode of arbitration hearing shall be indicated by the parties within 14 days (or 21 days in the case of an international arbitration) from the date of filing the Demand or Submission. If the parties desire different modes or locations of hearings, the Arbitration Panel shall decide the mode or location in light of the convenience to the parties and Arbitrators, the location of witnesses and other relevant factors.

### Section 10. APPOINTMENT OF ARBITRATORS

Unless the parties agree to some other procedure, each party shall appoint an Arbitrator of its choice within 14 days (or 21 days in the case of an international arbitration) from initiation of arbitration, and shall notify the Executive Director of their choices. Within 14 days (or 21 days in the case of an international arbitration) thereafter, the two Arbitrators shall agree upon a neutral Arbitrator and shall notify the Executive Director. If the two Arbitrators chosen by the parties so request, the Executive Director shall supply a list of potential neutral Arbitrators for their selection. In the absence of agreement, each Arbitrator shall notify the Executive Director, and the MICA shall appoint the third Arbitrator, or, in its discretion, submit an additional list. The third Arbitrator agreed upon or appointed pursuant to this section shall act as Chairman of the Panel.

### Section 11. QUALIFICATIONS OF ARBITRATOR:

Any third Arbitrator appointed pursuant to Section 11 shall be neutral, subject to disqualification for the reasons specified in Section 14. If the agreement of the parties names an Arbitrator or specifies any other method of appointing an

Micausa

Arbitrator, or if the parties specifically agree in writing, such Arbitrator shall not be subject to disqualification of said reasons.

### Section 12. NOTICE TO ARBITRATOR OF APPOINTMENT:

Notice of the appointment of the neutral Arbitrator, whether appointed by the parties or by the MICA, shall be mailed to the Arbitrator by the MICA, together with a copy of these Rules, and the signed acceptance of the Arbitrator shall be filed prior to the opening of the first hearing.

### Section 13. DISCLOSURE AND CHALLENGE PROCEDURE

A person appointed as a neutral Arbitrator shall disclose to the MICA any circumstances likely to affect impartiality, including any bias or any financial or personal interest in the result of the arbitration or any past or present relationship with the parties or their counsel. Upon receipt of such information from such Arbitrator or other source, the MICA shall communicate such information to the parties, and, if it deems it appropriate to do so, to the Arbitrator and others. Thereafter, the MICA shall determine whether the Arbitrator should be disqualified and, if so, shall inform the parties of its decision, which shall be conclusive.

### Section 14. VACANCIES

If any Arbitrator should resign, die, withdraw, refuse, be disqualified or be unable to perform the duties of the office, the MICA may, on proof satisfactory to it, declare the office vacant. Vacancies shall be filled in accordance with the applicable provisions of these Rules and the matter shall be reheard unless the parties shall agree otherwise.

### Section 15. TIME AND PLACE:

The Arbitrators shall fix the time and place for each hearing. The MICA shall advise each party thereof at least five days in advance, unless the parties by mutual agreement waive such notice or modify the terms thereof.

### Section 16. REPRESENTATION BY COUNSEL:

Any party may be represented by counsel. A party intending to be so represented shall notify the other party and the MICA of the name and address of counsel at least three days prior to the date set for the hearing at which counsel is first to appear. When an arbitration is initiated by counsel, or where an attorney replied for the other party, such notice id deemed to have been given.

### Section 17. STENOGRAPHIC RECORD

The MICA shall make the necessary arrangements for the taking of a stenographic record whenever such record is requested by a party. The requesting party or parties shall pay the cost of such record as provided in Section 45.

### Section 18. INTERPRETER

The MICA shall make the necessary arrangements for the services of an interpreter upon the request of one or more of the parties, who shall assume the cost of such service.

### Section 19. ATTENDANCE AT HEARINGS

The Arbitration shall maintain the privacy of the hearings unless the law provides to the contrary. Any person having a direct interest in the arbitration is entitled to attend hearings. The Arbitrators shall otherwise have the power to require the exclusion of any witness, other than a party or other essential person, during the testimony of any other witness. It shall be discretionary with the Arbitrators to determine the propriety of the attendance of any other person.

### Section 20. ADJOURNMENTS:

The Arbitrators may take adjournments upon the request of a party or upon the Arbitrators own initiative and shall take such adjournments when all of the parties agree thereto.

### Section 21. OATHS:

Before proceeding with the first hearing or with the examination of the file, each Arbitrator may take an oath of office, and if required by law, shall do so. The Arbitrators have discretion to require witnesses to testify under oath administered by any duly qualified person or, if required by law or demanded by

7/11/2014                                Micausa

either party, shall do so.

### Section 22. MAJORITY DECISION:

Whenever there is more than one Arbitrator, all decisions of the Arbitrators
must be by at least a majority. The award must also be made by at least a
majority unless the concurrence of all is expressly required by the arbitration
agreement or by law.

### Section 23. ORDER OF PROCEEDINGS:

A hearing shall be opened by the filing of the oath of the Arbitrators; where
required, and by the recording of the place, time and date of the hearing, the
presence of the Arbitrators and parties, and counsel, if any, and by the receipt
by the Arbitrators of the statement of the claim and answer, if any.

The Arbitrators may, at the beginning of the hearing, ask for statements
clarifying the issues involved.

The complaining party shall then present its claim and proofs and its witnesses,
who shall submit to questions or other examination. The defending party shall
then present its defense and proofs and its witnesses, who shall submit to
questions or other examination. The Arbitrators have discretion to vary this
procedure but shall afford full and equal opportunity to all parties for the
presentation of any material or relevant proofs.

Exhibits, when offered by either party, may be received in evidence by the
Arbitrators.

The names and addresses of all witnesses and exhibits in order received shall
be made a part of the record.

### Section 24. ARBITRATION IN THE ABSENCE OF A PARTY:

Unless the law provides to the contrary, the arbitration may proceed in the
absence of any party which, after due notice, fails to be present or fails to
obtain an adjournment. An award shall not be made solely of the default of a
party. The Arbitrators shall require the party who is present to submit such
evidence as the Arbitrators may require for the making of an award.

### Section 25. EVIDENCE:

The parties may offer such evidence as they desire and shall produce such
additional evidence as the Arbitrators may deem necessary to an understanding
and determination of the dispute. The Arbitrators, when authorized by law to
subpoena witnesses or documents, may do so upon the Arbitrators' own
initiative or upon the request of any party. The Arbitrators shall be the judge of
the relevancy and materiality of the evidence offered and conformity to legal
rules of evidence shall not be necessary. All evidence shall be taken in the
presence of all the Arbitrators and of all the parties, except where any of the
parties is absent in default or has waived the right to be present.

### Section 26. EVIDENCE BY AFFIDAVIT AND FILING OF DOCUMENTS:

The Arbitrators shall receive and consider the evidence of witnesses by
affidavit, but shall give it only such weight as the Arbitrators deem it entitled to
after consideration of any objections made to its admission.

All documents not filed with the Arbitrators at the hearing, but arranged for at
the hearing or subsequently by agreement of the parties, shall be filed with the
MICA for transmission to the Arbitrators. All parties shall be afforded
opportunity to examine such documents.

### Section 27. INSPECTION OR INVESTIGATION:

Whenever the Arbitrators deem it necessary to make an inspection or
investigation in connection with the arbitration, the Arbitrators shall direct the
MICA to advise the parties of such intention. The Arbitrators shall set the time
and MICA shall notify the parties thereof. Any party who so desires may be
present at such inspection or investigation. In the event that one or both parties
are not present at the inspection or investigation, the Arbitrators shall make a
verbal or written report to the parties and afford them an opportunity to
comment.

### Section 28. CONSERVATION OF PROPERTY:

The Arbitrators may issue such orders as may deemed necessary to safeguard
the property which is the subject matter of the arbitration without prejudice to
the rights of the parties or to the final determination of the dispute.

### Section 29. CLOSING OF HEARINGS:

The Arbitrators shall specifically inquire of all parties whether they have any further proofs to offer or witnesses to be heard. Upon receiving negative replies, the Arbitrators shall declare the hearings closed and a minute thereof shall be recorded. If briefs are to be filed, the hearings shall be declared closed as of the final date set by the Arbitrators for the receipt of the briefs. If documents are to be filed as provided for in Section 27 and the date set for their receipt is later than that set for the receipt of the briefs, the later date shall be the date of closing the hearing. The time limit within which the Arbitrators are required to make the award shall commence to run, in the absence of other agreements by the parties, upon the closing of the hearings.

### Section 30. REOPENING OF HEARINGS:

The hearings may be reopened on the Arbitrators' own motion, or upon application of a party at any time before the award is made. If the reopening of the hearings could prevent the making of the award within the specified time agreed upon by the parties in the contract out of which the controversy has arisen, the matter may not be reopened, unless the parties agree upon the extension of such time limit. When no specific date is fixed in the contract, the Arbitrators may reopen the hearings, and the Arbitrators shall have thirty days from the closing of the reopened hearings within which to make an award.

### Section 31. WAIVER OF ORAL HEARINGS:

The parties may provide, by written agreement, for the waiver of oral hearings. If the parties are unable to agree as to the procedure, the MICA shall specify a fair and equitable procedure.

### Section 32. WAIVER OF RULES:

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these Rules has not been complied with an who fails to state objection thereto in writing, shall be deemed to have waived the right to object.

### Section 33. EXTENSION OF TIME:

The parties may modify any period of time by mutual agreement. The MICA for good cause may extend any period of time established by these Rules, except the time for making the award. The MICA shall notify the parties of any such extension of time and its reasons therefor.

### Section 34. COMMUNICATION WITH ARBITRATORS AND SERVING OF NOTICES:

(a)    There shall be no communication between the parties and a neutral Arbitrator relating in any way to the arbitration other than at oral hearings. Any other oral or written communications from the parties to the Arbitrator relating to the arbitration shall be directed to the MICA for transmittal to the Arbitrators.

(b)    Each party to an agreement which provides for arbitration under these Rules shall be deemed to have consented that any papers, notices or process necessary or proper for the initiation or continuation of an arbitration under these Rules and for any court action in connection therewith or for the entry of judgment on any award made thereunder may be served upon such party by e-mail addressed to such party or its attorney at its last know address or by personal service, within or without the state or other jurisdiction wherein the arbitration is to be held (whether such party be within or without the United States of America), provided that reasonable opportunity to be heard with regard thereto has been granted such party.

### Section 35. TIME OF AWARD:

The award shall be made promptly by the Arbitrators and, unless otherwise agreed by the parties, or specified by law, no later than thirty days from the date of closing the hearings, or if oral hearings have been waived, from the date of transmitting the final statements and proofs to the Arbitrators.

### Section 36. FORM OF AWARD:

The award shall be in writing and shall be signed either by the sole Arbitrator or by at least a majority if there be more than one. It shall be executed in the manner required by law.

### Section 37. SCOPE OF AWARD:

Micausa

The Arbitrators may grant any remedy or relief which the Arbitrators deem
just and equitable and within the scope of the agreement of the parties,
including, but not limited to, specific performance of a contract. The
Arbitrators, in the award, shall assess arbitration fees and expenses in favor of
any party and, in the event any administrative fees or expenses are due to
MICA, in favor of the MICA.

### Section 38. AWARD UPON SETTLEMENT:

If the parties settle their dispute during the course of the arbitration, the
Arbitrators, upon their request, may set forth the terms of the agreed
settlement in an award.

### Section 39. DELIVERY OF AWARD TO PARTIES

Parties shall accept as legal delivery of the award the placing of the award or a
true copy thereof in the mail by the MICA, addressed to such party at its last
know address or to its attorney, or personal service of the award, or the filing
of the award in any manner which may be prescribed by law.

### Section 40. RELEASE OF DOCUMENTS FOR JUDICIAL PROCEEDINGS:

The MICA shall, upon the written request of a party, furnish to such party, at is
expense, certified facsimiles of any papers in the MICA's possession that may
be required in judicial proceedings relating to the arbitration.

### Section 41. APPLICATIONS TO COURT -

(a)  No judicial proceedings by a party relating to the subject matter of the
arbitration shall be deemed a waiver of the party's right to arbitrate.

(b)  The MICA is not a necessary party in judicial proceedings relating to the
arbitration.

(c)  Parties to these Rules shall be deemed to have consented that judgment
upon the arbitration award may be entered in any Court having
jurisdiction thereof.

### Section 42. ADMINISTRATIVE FEES:

As a non-profit organization, the MICA shall prescribe an Administrative Fee
schedule and a Refund Schedule to compensate it for the cost of providing
administrative services. The schedule in effect at the time of filing or the time
of refund shall be applicable.

The administrative fees shall be advanced by the initiating party or parties,
subject to final apportionment by the Arbitrators in the award.

When a matter is withdrawn or settled, the refund shall be made in accordance
with the Refund Schedule.

The MICA in the event of extreme hardship on the part of any party, may
defer or reduce the administrative fee.

### Section 43. FEE WITH ORAL HEARINGS ARE WAIVED:

Where all oral hearings are waived under Section 32, the Administrative Fee
Schedule shall apply.

### Section 44. EXPENSES:

The expenses of witnesses for either side shall be paid by the party producing
such witnesses.

The cost of the stenographic record, if any is made, and all transcripts thereof,
shall be prorated equally among all parties ordering copies unless they shall
otherwise agree and shall be paid for by the responsible parties directly to the
reporting agency.

All other expenses of the arbitration, including required traveling and other
expenses of the Arbitrators and of MICA representatives, and the expenses or
any witness or the cost of any proofs produced at the direct request of the
Arbitrators, shall be borne equally by the parties, unless they agreed otherwise,
or unless the Arbitrators, in the award, assess such expenses or any part
thereof against any specified party or parties.

### Section 45. ARBITRATOR'S FEE:

7/11/2014

Micausa

Members of the Panel of Arbitrators serve without fee in commercial arbitrations. In prolonged or in special cases the parties may agree to the payment of a fee.

Any arrangements for the compensation of a neutral Arbitrator shall be made through the MICA and not directly by the Arbitrators with the parties.

## Section 46.  DEPOSITS:

The MICA may require the parties to deposit in advance such sums of money as it deems necessary to defray the expense of the arbitration, including the Arbitrators' fees, if any, and shall render an accounting to the parties and return any unexpended balance.

## Section 47.  INTERPRETATION AND APPLICATION OF RULES:

The Arbitrators shall interpret and apply these Rules insofar as they relate to the Arbitrators' powers and duties. When there is more than one Arbitrator and a difference arises among them concerning the meaning or application of any such Rules, it shall be decided by a majority vote. If that is unobtainable, either an Arbitrator or a party may refer the question to the MICA for final decision. All other Rules shall be interpreted and applied by the MICA.

## ADMINISTRATIVE FEE SCHEDULE

The administrative fee of the MICA is based upon the time involved in the hearings relating to the claim and counterclaim

The administrative fee is $500 for matters in which actual hearings and deliberations do not exceed 12 hours, and $1,000 when hearings and deliberations exceed 12 hours. The minimum fee is due at time of filing. Such administrative fees shall be doubled if no MICA member is involved in the arbitration. If there are more than two parties represented in the arbitration, an additional 10% of the initiating fee will be due for each additional represented party.

## REFUND SCHEDULE

If MICA is notified that a case has been settle or withdrawn before a list of Arbitrators has been sent out, all the fee in excess of $150 will be refunded.

If the MICA is notified that a case has been settled or withdrawn thereafter but before the due date for the return of the first list, two-thirds of the fee in excess of $150 will be refunded.

If the MICA is notified that a case is settled or withdrawn thereafter but at least 48 hours before the date and time set for the first hearing, one-half of the fee in excess of $150 will be refunded.

Exhibit 4

## Pallotti, Sarah K.

| | |
|---|---|
| **From:** | Laurie Bryant <lauriebryant@micausa.org> |
| **Sent:** | Thursday, July 10, 2014 1:27 PM |
| **To:** | Pallotti, Sarah K. |
| **Cc:** | 'Lcda. Nailymar Arroyo Colón' |
| **Subject:** | RE: Colorado Food Products / Empacadora Arbitration Termination |

Hi Sarah,

Following initial advice to from Empacadora y Procesadora del Sur on July 17th of the request for arbitration I received advice on July 1, 2014 that they had agreed to arbitration under the MICA Arbitration Rules. However, they have not provided any further information supporting their case and have not replied to a subsequent email requesting that information be provided to allow the arbitration to proceed.

Per the MICA Arbitration Rules, upon notification of the Demand for Arbitration, Empacadora was required to file a Response within 14 days.

Because more than 14 days has passed since advice of the request for arbitration before MICA was provided to Empacadora, and a response has not been received from Empacadora that supports their defense of the issues raised in your request for arbitration, the arbitration has been terminated. Also they have not advised who they wish to nominate as their arbitrator which would also be necessary for an arbitration to proceed.

MICA has no ability to compel arbitration it is up to the parties involved to agree to arbitrate.

*Regards,*

*Laurie Bryant*
*Meat Import Council of America, Inc.*
*1707 L Street, Suite 200*
*Washington, D.C. 20036*
*Phone: (703) 522-1910*
*Mobile:(703) 772-2369*
*Email:* lauriebryant@micausa.org



MICA's Annual Conference September 11th – 13th, 2014
Charleston Place Hotel
Charleston, SC

Exhibit 5

## COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400   Fax: (303) 409-8401

# INVOICE: 000030417
### REPRINT

| | |
|---|---|
| Delivery Date: | 1/22/13 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | | | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|---|---|
| 01182013-CFP | | | 03/16/2013 | Torrea Javier | | 1/22/13 | 30 days |

| Quantity Ordered | Quantity Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 175.00 | 175.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA | $1.3200 / LB | $13,860.00 |
| 73.00 | 73.00 | CS | B01518 | BF HEARTS BEEF FRZ USA | $0.9700 / LB | $3,894.55 |
| 200.00 | 200.00 | CS | B01450 | BF TRIM 50CL BEEF FZN USA | $1.0700 / LB | $12,840.00 |
| 100.00 | 100.00 | CS | B01591 | BF FINELY TEXTURED/AMR BEEF FZN CAN | $1.0500 / LB | $6,300.00 |

WEIGHT: 32515.00 LB          SHIP QUANTITY:    648.00          CUBIC FEET:

| | | |
|---|---|---|
| Remit To: | SUBTOTAL: | $36,894.55 |
| Colorado Food Products, Inc. | TAX: | $0.00 |
| Department 3265 | TOTAL: | $36,894.55 |
| P O Box 123265 | | |
| Dallas, TX 75312-3265 | | |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000029340
## REPRINT

| | |
|---|---|
| Delivery Date: | 2/3/13 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 1111262012-CFP#2 | 12/13/2012 | Torres Javier | | 2/3/13 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 100.00 | 100.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA | $1.0700 / LB | $6,420.00 |

WEIGHT:    6000.00 LB        SHIP QUANTITY:    100.00        CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $6,420.00 |
| TAX: | $0.00 |
| TOTAL: | $6,420.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

**INVOICE: 000030251**

**REPRINT**

| | |
|---|---|
| Delivery Date: | 2/11/13 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL... <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 <br> Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 02112013-CFP | 03/05/2013 | Torres Javier | | 2/11/13 | 30 days. |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 193.00 | 193.00 | CS B01591 | BF FINELY TEXTURED/AMR BEEF FZN CAN | | $1.0500 / LB | $12,159.00 |

WEIGHT: 11580.00 LB        SHIP QUANTITY:    193.00        CUBIC FEET:

| | | |
|---|---|---|
| **Remit To:** | SUBTOTAL: | $12,159.00 |
| Colorado Food Products, Inc. | TAX: | $0.00 |
| Department 3265 | TOTAL: | $12,169.00 |
| P O Box 123265 | | |
| Dallas, TX 75312-3265 | | |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034320

| | |
|---|---|
| Delivery Date: | 03/05/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 · | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|---|
| | | 02/24/2014 | Torres Javier | RELEASE | 03/05/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 322.00 | 322.00 | CS B01586 | BF HEADMEAT BEEF FZN - USA<br>OUT OF LOT # 50780 | | $1.1000 / LB | $21,252.00 |
| 300.00 | 300.00 | CS B01518 | BF HEARTS BEEF FRZ USA<br>OUT OF LOT # 50829 | | $0.9800 / LB | $14,850.00 |

WEIGHT: 35820.00 LB       SHIP QUANTITY:   622.00       CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 76312-3265

| | |
|---|---|
| SUBTOTAL: | $36,102.00 |
| TAX: | $0.00 |
| TOTAL: | $36,102.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty-two days next following invoice date. In the event that payment is not made within term, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

**COLORADO FOOD PRODUCTS**

# INVOICE: 000034316

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

| | |
|---|---|
| Delivery Date: | 03/19/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|---|
| | | 02/24/2014 | Torres Javier | RELEASE | 03/19/2013 | 30 days |

| Quantity Ordered | Quantity Shipped | UOM | Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 194.00 | 194.00 | CS | B01618 | BF HEARTS BEEF FRZ USA<br>OUT OF LOT #S | 50829, 50794 | $0.9000 / LB | $9,603.00 |

WEIGHT: 10670.00 LB          SHIP QUANTITY:    194.00          CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $9,603.00 |
| TAX: | $0.00 |
| TOTAL: | $9,603.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. In accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034317

| | |
|---|---|
| Delivery Date: | 03/20/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchased Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 03/20/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 131.00 | 131.00 | CS  B01518 | BF HEARTS BEEF FRZ USA<br>OUT OF LOT # 50829 | $0.9000 / LB | $6,484.50 |

WEIGHT:  7205.00 LB        SHIP QUANTITY:    131.00        CUBIC FEET:

| | | |
|---|---|---|
| Remit To: | SUBTOTAL: | $6,484.50 |
| Colorado Food Products, Inc. | TAX: | $0.00 |
| Department 3265 | TOTAL: | $6,484.50 |
| P O Box 123265 | | |
| Dallas, TX 76312-3265 | | |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

## ──COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034319

| | |
|---|---|
| Delivery Date: | 03/27/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 03/27/2013 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 500.00 | 500.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA<br>OUT OF LOT # 51105 #51109 | $1.1000 / LB | $33,000.00 |
| 325.00 | 325.00 | CS | B01518 | BF HEARTS BEEF FRZ USA<br>OUT OF LOT # 50829 | $0.9000 / LB | $16,087.50 |

WEIGHT: 47876.00 LB      SHIP QUANTITY: 825.00      CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $49,087.50 |
| TAX: | $0.00 |
| TOTAL: | $49,087.50 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs or collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034323

| | |
|---|---|
| Delivery Date: | 04/02/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...,<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 04/02/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 157.00 | 157.00 | CS B01518 | BF HEARTS BEEF FRZ USA<br>OUT OF LOT # 50829 | | $0.9000 / LB | $7,771.50 |

WEIGHT:   8635.00 LB        SHIP QUANTITY:   157.00      CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $7,771.50 |
| TAX: | $0.00 |
| TOTAL: | $7,771.50 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034324

| | |
|---|---|
| Delivery Date: | 04/15/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL... <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 <br> Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 04/15/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 259.00 | 259.00 | CS B01580 | BF HEADMEAT BEEF FZN - USA | $1.1000 / LB | $17,160.00 |

OUT OF LOT # 51105 & 51109

WEIGHT: 15600.00 LB          SHIP QUANTITY:     259.00          CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | | |
|---|---|---|
| SUBTOTAL: | $17,160.00 |
| TAX: | $0.00 |
| TOTAL: | $17,160.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034325

| | |
|---|---|
| Delivery Date: | 04/16/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * | EMPACADORA Y PROCESADORA DEL... |
| URB TERRA DEL VALLE #13 | URB TERRA DEL VALLE #13 |
| CAYEY, PR 00736 | CAYEY, PR 00736 |
| | Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 04/16/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 214.00 | 214.00 | CS  B01580 | BF HEADMEAT  BEEF FZN - USA | $1.1000 / LB | $14,124.00 |

OUT OF LOT # 51109

WEIGHT:  12840.00 LB        SHIP QUANTITY:    214.00        CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $14,124.00 |
| TAX: | $0.00 |
| TOTAL: | $14,124.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034326

| | |
|---|---|
| Delivery Date: | 04/17/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL... <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 <br> Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 04/17/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 202.00 | 202.00 | CS B01580 | BF HEADMEAT BEEF FZN - USA | | $1.1000 / LB | $13,332.00 |
| | | | OUT OF LOT # 51109 | | | |
| WEIGHT: 12120.00 LB | | | SHIP QUANTITY: 202.00 | CUBIC FEET: | | |

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $13,332.00 |
| TAX: | $0.00 |
| TOTAL: | $13,332.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. In accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400   Fax: (303) 409-8401

# INVOICE: 000034327

Delivery Date:   4.23.13 & 4.24.13
Page:   1
Customer ID:   EMPPRO/00...
Phone:   (787) 803-2510

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|---|
| | | 02/24/2014 | Torres Javier | RELEASE | 4.23.13 & 4.24.13 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 845.00 | 845.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA<br>OUT OF LOT # 51109 | | $1.1000 / LB | $55,770.00 |

WEIGHT: 50700.00 LB          SHIP QUANTITY:     845.00          CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | | |
|---|---|---|
| SUBTOTAL: | $55,770.00 |
| TAX: | $0.00 |
| TOTAL: | $55,770.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

**INVOICE: 000034328**

Delivery Date: 5.7.13
Page: 1
Customer ID: EMPPRO/00...
Phone: (787) 803-2510

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 5.7.13 | 30 days |

| Quantity Ordered | Quantity Shipped | UOM | Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 300.00 | 300.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA<br>CUT OF LOT # 51450 | | $1.1000 / LB | $19,800.00 |
| | | | | WEIGHT: 18000.00 LB | SHIP QUANTITY: 300.00 | CUBIC FEET: | |

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 76312-3265

| | |
|---|---|
| SUBTOTAL: | $19,800.00 |
| TAX: | $0.00 |
| TOTAL: | $19,800.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. In accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034329

| | |
|---|---|
| Delivery Date: | 5.21.13 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 5.21.13 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 450.00 | 450.00 | CS | BD1580 | BF HEADMEAT BEEF FZN - USA | | | $1.1000 / LB | $29,700.00 |
| | | | | OUT OF LOT# 51450 & 51451 | | | | |

WEIGHT: 27000.00 LB    SHIP QUANTITY:   450.00    CUBIC FEET:

| | | |
|---|---|---|
| Remit To: | SUBTOTAL: | $29,700.00 |
| Colorado Food Products, Inc. | TAX: | $0.00 |
| Department 3265 | | |
| P O Box 123265 | TOTAL: | $29,700.00 |
| Dallas, TX 75312-3265 | | |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment in not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

## COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000030351
## REPRINT

Delivery Date: 5/28/13
Page: 1
Customer ID: EMPPRO/00...
Phone: (787) 803-2510

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| 05242013-CFP | 03/12/2013 | Torres Javier | | 5/28/13 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 200.00 | 200.00 | CS | B01591 | BF FINELY TEXTURED/AMR BEEF FZN CAN | $1.1500 / LB | $13,800.00 |
| 610.00 | 610.00 | CS | B01580 | BF HEADMEAT  BEEF FZN - USA | $1.1000 / LB | $40,260.00 |

WEIGHT: 48600.00 LB        SHIP QUANTITY:    810.00        CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $54,060.00 |
| TAX: | $0.00 |
| TOTAL: | $54,060.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

**COLORADO FOOD PRODUCTS**

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034331

| | |
|---|---|
| Delivery Date: | 06/05/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 | EMPACADORA  Y  PROCESADORA  DEL... <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 <br> Phone # (787) 803-2510 |

| Purchase Order # | | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|---|
| | | 02/24/2014 | Torres Javier | RELEASE | 06/05/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 270.00 | 270.00 | CS  B01591 | BF FINELY TEXTURED/AMR BEEF FZN CAN | $1.1500 / LB | $18,630.00 |
| | | | OUT OF LOT #51083 | | |
| | WEIGHT: 16200.00 LB | | SHIP QUANTITY:    270.00        CUBIC FEET: | | |

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $18,630.00 |
| TAX: | $0.00 |
| TOTAL: | $18,630.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. In accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034332

| | |
|---|---|
| Delivery Date: | 06/07/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * | EMPACADORA Y PROCESADORA DEL... |
| URB TERRA DEL VALLE #13 | URB TERRA DEL VALLE #13 |
| CAYEY, PR 00736 | CAYEY, PR 00736 |
| | Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 06/07/2013 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 130.00 | 130.00 | CS | B01591 | BF FINELY TEXTURED/AMR BEEF FZN CAN | $1.1500 / LB | $8,970.00 |

OUT OF LOT# 51083

WEIGHT:  7800.00 LB      SHIP QUANTITY:  130.00     CUBIC FEET:

| | | |
|---|---|---|
| Remit To: | SUBTOTAL: | $8,970.00 |
| Colorado Food Products, Inc. | TAX: | $0.00 |
| Department 3265 | TOTAL: | $8,970.00 |
| P O Box 123265 | | |
| Dallas, TX 75312-3265 | | |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

## COLORADO FOOD PRODUCTS

# INVOICE: 000034330

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

| | |
|---|---|
| Delivery Date: | 7.9.13 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR * <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL... <br> URB TERRA DEL VALLE #13 <br> CAYEY, PR 00736 <br> Phone # (787) 803-2510 |

| Purchase Order # | | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|---|
| | | 02/24/2014 | Torres Javier | RELEASE | 7.9.13 | 0 days |

| Quantity Ordered | Quantity Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 200.00 | 200.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA <br> OUT OF LOT # 51814 | $1.1000 / LB | $13,200.00 |

WEIGHT: 12000.00 LB        SHIP QUANTITY: 200.00        CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $13,200.00 |
| TAX: | $0.00 |
| TOTAL: | $13,200.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado...

# COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST, # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034333

| | |
|---|---|
| Delivery Date: | 7.12.13 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 7.12.14 | 30 days |

| Quantity Ordered | Shipped | UOM | Item Code | Item Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 154.00 | 154.00 | CS | B01580 | BF HEADMEAT BEEF FZN - USA | $1.1000 / LB | $10,164.00 |
| 2760.00 | 2760.00 | | PRODUCT | Product | $1.1000 | $3,036.00 |

12,000 Total LBS out of
Lot # 51814

WEIGHT: 9240.00 LB    SHIP QUANTITY: 154.00    CUBIC FEET:

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $13,200.00 |
| TAX: | $0.00 |
| TOTAL: | $13,200.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

**COLORADO FOOD PRODUCTS** ,

3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034334

| | |
|---|---|
| Delivery Date: | 07/16/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 07/16/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 33600.00 | 33600.00 | PRODUCT | Product | | $1.1000 | $36,960.00 |
| | | | OUT OF LOT # 51814 | | | |
| | WEIGHT: | LB | SHIP QUANTITY: | CUBIC FEET: | | |

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

| | |
|---|---|
| SUBTOTAL: | $36,960.00 |
| TAX: | $0.00 |
| TOTAL: | $36,960.00 |

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or arisen arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. In accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be enforced in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

## COLORADO FOOD PRODUCTS

3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel: (303) 409-8400  Fax: (303) 409-8401

# INVOICE: 000034335

| | |
|---|---|
| Delivery Date: | 07/19/2013 |
| Page: | 1 |
| Customer ID: | EMPPRO/00... |
| Phone: | (787) 803-2510 |

| Bill To | Ship To |
|---|---|
| EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 | EMPACADORA Y PROCESADORA DEL...<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736<br>Phone # (787) 803-2510 |

| Purchase Order # | Order Date | Salesperson | Ship Via | Ship Date | Terms |
|---|---|---|---|---|---|
| | 02/24/2014 | Torres Javier | RELEASE | 07/19/2013 | 30 days |

| Quantity Ordered | Shipped | UOM Item Code | Item Description | | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 3600.00 | 3600.00 | PRODUCT | Product<br>*cut of lot #51814* | | $1.1000 | $3,960.00 |

WEIGHT:        LB        SHIP QUANTITY:        CUBIC FEET:

| | | |
|---|---|---|
| | SUBTOTAL: | $3,960.00 |
| | TAX: | $0.00 |
| | TOTAL: | $3,960.00 |

Remit To:
Colorado Food Products, Inc.
Department 3265
P O Box 123265
Dallas, TX 75312-3265

No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with terms and conditions of confirmation to you. The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the event that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc., and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado....

Exhibit 6

**COLORADO FOOD PRODUCTS**
3600 S YOSEMITE ST. # 800
DENVER, CO 80237
Tel.: (303) 409-8400    Fax: (303) 409-8401

Page No. 1
07/11/2014

CUSTOMER STATEMENT
As of 07/11/2014
Open Item

| B I L L | EMPPRO |
|---|---|
| | EMPACADORA Y PROCESADORA DEL SUR * |
| | URB TERRA DEL VALLE #13 |
| T O | CAYEY, PR 00736 |

| S H I P | EMPPRO/000001 |
|---|---|
| | EMPACADORA Y PROCESADORA DEL SUR * |
| | URB TERRA DEL VALLE #13 |
| | CAYEY, PR 00736 |
| T O | |

| TICKET NO. | P.O. NO. | DATE | DESCRIPTION | BALANCE |
|---|---|---|---|---|
| 000034320 | | 03/05/2013 | INVOICE | 6,102.00 |
| 000034316 | | 03/19/2013 | INVOICE | 9,603.00 |
| 000034317 | | 03/20/2013 | INVOICE | 6,484.50 |
| 000034319 | | 03/27/2013 | INVOICE | 49,087.50 |
| 000034323 | | 04/02/2013 | INVOICE | 7,771.50 |
| 000034324 | | 04/15/2013 | INVOICE | 17,160.00 |
| 000034325 | | 04/16/2013 | INVOICE | 14,124.00 |
| 000034326 | | 04/17/2013 | INVOICE | 13,332.00 |
| C05554 | | 04/24/2013 | OPEN CREDIT MEMO | -3,274.20 |
| C05555 | | 04/25/2013 | OPEN CREDIT MEMO | -16,350.00 |
| 000034327 | | 4/23/13 | INVOICE | 55,770.00 |
| 000034331 | | 06/05/2013 | INVOICE | 18,630.00 |
| 000034332 | | 06/07/2013 | INVOICE | 8,970.00 |
| 000034334 | | 07/16/2013 | INVOICE | 36,960.00 |
| 000034335 | | 07/19/2013 | INVOICE | 3,960.00 |
| 000029340 | 11112620I2-CFP02 | 2/3/13 | INVOICE | 6,420.00 |
| 000030251 | 02112013-CFP | 2/11/13 | INVOICE | 10,842.76 |
| 000030417 | 01182013-CFP | 1/22/13 | INVOICE | 24,054.55 |
| 000030351 | 05242013-CFP | 5/28/13 | INVOICE | 54,060.00 |
| 000034328 | | 5/7/13 | INVOICE | 19,800.00 |
| 000034329 | | 5/21/13 | INVOICE | 29,700.00 |
| 000034330 | | 7/9/13 | INVOICE | 13,200.00 |
| 000034333 | | 7/12/13 | INVOICE | 13,200.00 |
| C05556 | | 02/01/2014 | OPEN CREDIT MEMO | -81,472.20 |

**COLORADO FOOD PRODUCTS**
3600 S YOSEMITE ST. # 800
DENVER, CO  80237
Tel.: (303) 409-8400    Fax: (303) 409-8401

Page No. 2
07/11/2014

CUSTOMER STATEMENT
As of 07/11/2014
Open Item

| B I L L T O | EMPPRO<br>EMPACADORA Y PROCESADORA DEL SUR*<br>URB TERRA DEL VALLE #13<br><br>CAYEY, PR 00736 |
|---|---|

| S H I P T O | EMPPRO/000001<br>EMPACADORA Y PROCESADORA DEL SUR *<br>URB TERRA DEL VALLE #13<br>CAYEY, PR 00736 |
|---|---|

| TICKET NO. | P.O. NO. | DATE | DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | | |

**AGING SUMMARY**

| CURRENT | 10 - 19 DAYS | 20 - 29 DAYS | 30 - 44 DAYS | 45 + DAYS | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 318,135.41 | $318,135.41 |