# Exhibit B

| District Court, City and County of Denver, State of Colorado<br><br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: July 11, 2014 3:07 PM<br>FILING ID: 2669636DA6529<br>CASE NUMBER: 2014CV32746 |
|---|---|
| Plaintiff: **COLORADO FOOD PRODUCTS, INC.**, a Colorado corporation,<br><br>v.<br><br>Defendant: **EMPACADORA Y PROCESADORA DEL SUR, INC.**, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico | ▲   ▲<br>COURT USE ONLY |
| Attorneys for Plaintiff:<br><br>Jonathan Steeler, #9195<br>Richard Kaufman, #15940<br>Sarah K. Pallotti, #45077<br>RYLEY CARLOCK & APPLEWHITE<br>1700 Lincoln Street, Suite 3500<br>Denver, Colorado 80203<br>Telephone: (303) 863-7500<br>E-mail: jsteeler@rcalaw.com; rkaufman@rcalaw.com; spallotti@rcalaw.com | Case Number: 2014CV_____<br><br>Division:         Courtroom: |

## DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

   ☒ This case is governed by Chief Justice Directive ("CJD") 11-02 and the "Colorado Civil Access Pilot Project Rules Applicable to Business Actions in District Court" because:

   - The case is filed within the period of January 1, 2012 through December 31, 2014; *AND*

   - The case is filed in a Pilot Project participating jurisdiction (Adams County, Arapahoe County, Denver County, Gilpin County, or Jefferson County); *AND*

   - The case is a "Business Action" as defined in CJD 11-02, Amended Appendix A for inclusion in the Pilot Project.

   ☐ This case is not governed by the Colorado Civil Access Pilot Project Rules.

   *NOTE: Cases subject to the Colorado Civil Access Pilot Project must be governed by the Rules in CJD 11-02 (available at http://www.courts.state.co.us/Courts/Supreme_Court/Directives/Index.cfm). The presiding*

*judge will review Item 2 for accuracy. The designation on this initial Cover Sheet will control unless the Court orders otherwise.*

**3. If this case is not governed by the Colorado Civil Access Pilot Project Rules as indicated in Item 2, check the following:**

☐ This case is governed by C.R.C.P. 16.1 because:

- The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

- A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☐ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

☐ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

☐ A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

*NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 49 days of the at-issue date. See C.R.C.P. 16.1(e). In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 35 days of the at-issue date. See C.R.C.P. 16.1(d).*

☐ A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

☐ C.R.C.P. 16.1 applies to this case.

☐ C.R.C.P. 16.1 does not apply to this case.

**4.** ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date:    7/11/2014                                     /s/ Sarah K. Pallotti
                                                       Signature of Party or Attorney for Party