**Exhibit C**

| District Court, City and County of Denver, Colorado<br><br>Court Address:<br>1437 Bannock Street<br>Denver, CO  80202 | DATE FILED: July 11, 2014 3:07 PM<br>FILING ID: 2669636DA6529<br>CASE NUMBER: 2014CV32746 |
|---|---|
| Plaintiff: **COLORADO FOOD PRODUCTS, INC.**, a Colorado corporation,<br><br>v.<br><br>Defendant: **EMPACADORA Y PROCESADORA DEL SUR, INC.**, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico. | ▲  COURT USE ONLY  ▲ |
| | Case Number: 2014CV_____<br><br>Division:          Courtroom: |

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** <u>EMPACADORA Y PROCESADORA DEL SUR, INC.</u>

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 07/11/14

RYLEY CARLOCK & APPLEWHITE

By: /s/ Sarah K. Pallotti
Jonathan Steeler
Richard Kaufman
Sarah K. Pallotti

Attorneys for Plaintiff

Plaintiff's Address:
7100 E. Belleview Ave
Greenwood Village, Colorado
80111

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS
©2013 Colorado Judicial Department for use in the Courts of Colorado
3492231

you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.