# Exhibit D

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br><br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| **Plaintiff:** COLORADO FOOD PRODUCTS, INC., a Colorado corporation,<br><br>v.<br><br>**Defendant:** EMPACADORA Y PROCESADORA DEL SUR, INC., a corporation organized and existing under the laws of the Commonwealth of Puerto Rico. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Colorado Food Products, Inc.:*<br>Ryley Carlock & Applewhite<br>Jonathan Steeler, #9195<br>Richard Kaufman, #15940<br>Sarah K. Pallotti, #45077<br>1700 Lincoln Street, Suite 3500<br>Denver, Colorado 80203-4535<br>Telephone: (303) 863-7500<br>Fax: (303) 595-3159<br>Email: jsteeler@rcalaw.com<br>  rkaufman@rcalaw.com<br>  spallotti@rcalaw.com | Case Number:<br><br>Division/Courtroom: |
| **PLAINTIFF'S INITIAL PPR 3 DISCLOSURE** | |

Plaintiff, Colorado Food Products, Inc., through its counsel, Ryley Carlock & Applewhite, submits the following Initial Disclosure Pursuant to Pilot Project Rule 3:

## A.     PERSONS WITH INFORMATION

1.     Ken Gurrentz, Colorado Food Products, Inc., 7100 E. Belleview Avenue, Greenwood Village, CO, 80111, (303) 409-8400. Mr. Gurrentz has knowledge of the dealings between the parties.

2.     Michael Davidoff, Colorado Food Products, Inc., 7100 E. Belleview Avenue, Greenwood Village, CO, 80111, (303) 409-8400. Mr. Davidoff has knowledge of the dealings between the parties.

3.     Jim Windholz, Colorado Food Products, Inc., 7100 E. Belleview Avenue, Greenwood Village, CO, 80111, (303) 409-8400. Mr. Windholz has knowledge of the dealings between the parties.

( `

(    .

4.    Javier Torres, contact information unknown.  Mr. Torres was previously employed by Colorado Food Products, Inc. as a sales representative and facilitated the dealings between the parties.

5.    Carlos Rodríguez, Empacadora y Procesadora del Sur, Inc., Parque Industrial San Idelfonso, Suite 2, Coamo, P.R., 00769, (787) 803-2510.  Mr. Rodríguez, as the President of Empacadora y Procesadora del Sur, Inc., has knowledge of matters related to this action.

6.    Nerís Rodríguez Battistini, Empacadora y Procesadora del Sur, Inc., Parque Industrial San Idelfonso, Suite 2, Coamo, P.R., 00769, (787) 803-2510.  Mr. Rodríguez, as the Controller of Empacadora y Procesadora del Sur, Inc., has knowledge of matters related to this action.

## B.    DOCUMENTS AVAILABLE FOR INSPECTION

See documents attached hereto.

Dated this 11th day of July, 2014.

RYLEY CARLOCK & APPLEWHITE

By: */s/ Sarah K. Pallotti*
Jonathan H. Steeler
Richard C. Kaufman
Sarah K. Pallotti

Attorneys for Plaintiff

3576625.1                                    2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2014, a true and correct copy of the foregoing **PLAINTIFF'S INITIAL PPR3 DISCLOSURE** was placed in the U.S. Mail, postage prepaid and emailed to the following:

Empacadora y Procesadora del Sur, Inc.
c/o Carlos Rodríguez
Parque Industrial San Idelfonso
Suite 2
Coamo, P.R. 00769
crodriguez@emprosur.com

/s/ T. Johnson

The following language is contained on each invoice between Plaintiff Colorado Food Products, Inc. and Defendant Empacadora y Procesadora del Sur, Inc.:

"No claims allowed unless reported within 14 days of arrival of goods and accompanied by documents substantiating the condition of the product in accordance with [the] terms and conditions of confirmation to you.   The sale and purchase of the above products (with Agreement) has been negotiated and accepted in, and shall be construed pursuant to the laws of the State of Colorado. Jurisdiction and venue for the enforcement of any right or cause of action arising pursuant to this agreement shall be in any court of competent jurisdiction in Denver County, Colorado. The above invoice amount shall bear interest at the rate of 18% per annum beginning thirty one days next following invoice date. In the even[t] that payment is not made within terms, you shall bear all costs of collection, including reasonable attorney's fees and court costs. All terms and conditions are accepted or claim arising of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Meat Importers Council of America, Inc. in accordance with the Arbitration Rules of the Meat Importers Council of America, Inc. and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction thereof. In the event arbitration fails, the jurisdiction of any and all lawsuits will be the City and County of Denver, in the State of Colorado."